**Order entered May 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00549-CV

### IN RE JAY COOPER, Relator

**Original Proceeding from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 006-02636-2018**

## ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    DAVID J. SCHENCK
       JUSTICE